# Exhibit B

**Business Name:** kingdom hall

**Search by:** ● Business Name
○ Department ID

1 businesses found.

| Department ID | Business Name | Status |
|---|---|---|
| D00144535 | KINGDOM HALLS, INCORPORATED | Dissolved |

Privacy - Terms