# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

JANE DOE CH,

    Plaintiff,

v.

JEHOVAH'S WITNESSES
GOVERNING BODY, et al.,

    Defendants.

Case Number:

### DECLARATION OF SEAN GUGERTY

I declare under penalty of perjury that the following is true and correct:

1. My name is Sean Gugerty. I am over twenty-one years of age, am of sound mind and am competent to make this declaration. I have personal knowledge of the facts set forth in this declaration.

2. I am counsel for Removing Defendants in this matter (Jehovah's Witnesses Governing Body, Watchtower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses, Inc.).

3. On July 1, 2025, I searched the website of the Maryland State Department of Assessments and Taxation for the term "Kingdom Hall." A true and correct copy of the results is attached to Removing Defendants' Notice of Removal as Exhibit B.

4. On July 1, 2025, I accessed the website of the Maryland State Department of Assessments and Taxation for "Filing History" page for the entity "Kingdom Halls Inc." A true and correct copy of the results is attached to Removing Defendants' Notice of Removal as Exhibit C.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of July 2025.

_____
Sean Gugerty (Federal Bar No. 21125)
sgugerty@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
Phone:  (410) 783-4000 | Fax:  (410) 783-4040

2