# Exhibit D

## KINGDOM HALLS, INCORPORATED: D00144535

## Filing History

The items listed below are associated with this business.

👁 – Click to view/print PDF (note: some items may not be available to view)

💬 – Click to view comment associated with this item

**Please note:** When a resolution, amendment, or any other supplemental filing is filed with the State Department of Assessments and Taxation, **the original articles are NOT changed**.

| Item | Date/Time Filed | Film | Folio | Pages |
|---|---|---|---|---|
| ARTICLES OF DISSOLUTION 💬 | 2/15/1996 8:10:00 AM | F3791 | 655 | 6 |
| CONVERTED AMENDMENT 💬 | 7/22/1957 8:30:00 AM | F45 | 406 | 0 |
| ARTICLES OF INCORPORATION | 3/24/1953 8:30:00 AM | 416 | 161 | 0 |