# Exhibit E

# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

## Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Baltimore County - Civil** |
| Location: | **Baltimore County Circuit Court** |
| Case Number: | **C-03-CV-25-002300** |
| Title: | **Jane Doe CH vs. Jehovah's Witnesses Governing Body, et al.** |
| Case Type: | **Tort - Negligence** |
| Filing Date: | **05/14/2025** |
| Case Status: | **Open** |

## Involved Parties Information

### Defendant

Name: **Christian Congregation of Jehovah's Witnesses, Inc.**

Address: **Serve on: Christian Congregation of Jehovah's Witnesses**
**ATTN: Legal**
City: **WALLKILL**   State: **NY**   Zip Code: **12589**

### Defendant

Name: **Watchtower Bible and Tract Society of New York, Inc.**

Address: **Serve on: Watchtower Bible and Tract Society of New York, Inc.**
**ATTN: Legal**
City: **PATTERSON**   State: **NY**   Zip Code: **12563**

### Defendant

Name: **Watchtower Bible and Tract Society of Florida, Inc.**

Address: **Serve on: Watchtower Bible and Tract Society of Florida, Inc.**
**ATTN: Legal**
City: **PATTERSON**   State: **NY**   Zip Code: **12563**

## Defendant

Name: **Watchtower Bible and Tract Society of Pennsylvania**

Address: **625 Red Mills Road**
City: **Wallkill**  State: **NY**  Zip Code: **12589**

## Defendant

Name: **Kingdom Hall of Jehovah's Witnesses**

Address: **505 Earls Road**
City: **Baltimore**  State: **MD**  Zip Code: **21220**

## Defendant

Name: **Kingdom Halls, Inc.**

Address: **Serve On: Bennie L. Bivens**
**2302 Koko Lane**
City: **BALTIMORE**  State: **MD**  Zip Code: **21216**

## Defendant

Name: **Jehovah's Witnesses Governing Body**

Address: **1 Kings Drive**
City: **Warwick**  State: **NY**  Zip Code: **10987**

## Plaintiff

Name: **Doe CH, Jane**

Address: **c/o SBWD Law**
**300 East Lombard Street, Suite 1100**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

## Attorney(s) for the Plaintiff

Name: **Dickinson, Catherine A**
Appearance Date: **05/14/2025**
Address Line 1: **Schlachman, Belsky & Weiner, P.A.**
Address Line 2: **300 E. Lombard Street**
Address Line 3: **Suite 1100**
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

| | |
|---|---|
| Name: | **WILCOX, KELLYN TERESA** |
| Appearance Date: | **05/14/2025** |
| Address Line 1: | **Schlachman, Belsky, Weiner & Davey, P.A.** |
| Address Line 2: | **300 E Lombard Street** |
| Address Line 3: | **Suite 1100** |
| City: | **BALTIMORE**   State: **MD**   Zip Code: **21202** |

| | |
|---|---|
| Name: | **BELSKY, MICHAEL** |
| Appearance Date: | **05/14/2025** |
| Address Line 1: | **Schlachman, Belsky & Weiner, P.A.** |
| Address Line 2: | **300 East Lombard Street** |
| Address Line 3: | **Suite 1100** |
| City: | **Baltimore**   State: **MD**   Zip Code: **21202** |

## Document Information

| | |
|---|---|
| File Date: | **05/14/2025** |
| Document Name: | **Case Information Report Filed** |
| Comment: | **Civil Case Information Report** |

| | |
|---|---|
| File Date: | **05/14/2025** |
| Document Name: | **Complaint / Petition** |
| Comment: | **Complaint** |

| | |
|---|---|
| File Date: | **05/14/2025** |
| Document Name: | **Demand / Request for Jury Trial** |
| Comment: | **Demand for Jury Trial** |

| | |
|---|---|
| File Date: | **05/14/2025** |
| Document Name: | **Motion/Request for Protective Order** |
| Comment: | **Plaintiff's Motion for Protective Order** |

| | |
|---|---|
| File Date: | **05/14/2025** |
| Document Name: | **Motion** |
| Comment: | **Plaintiff's Motion to Permit Plaintiff to Proceed as Jane Doe** |

| | |
|---|---|
| File Date: | **05/15/2025** |
| Document Name: | **Summons Issued (Service Event)** |
| Comment: | |

| | |
|---|---|
| File Date: | **05/15/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Summons** |

| | |
|---|---|
| File Date: | **05/15/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Summons** |

| | |
|---|---|
| File Date: | **05/15/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Summons** |

| | |
|---|---|
| File Date: | **05/15/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Summons** |

| | |
|---|---|
| File Date: | **05/15/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Summons** |

| | |
|---|---|
| File Date: | **05/15/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Summons** |

| | |
|---|---|
| File Date: | **05/15/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Summons** |

| | |
|---|---|
| File Date: | **06/04/2025** |
| Document Name: | **Return of Service - Served** |
| Comment: | Christian Congregation of Jehovah's Witnesses, Inc Affidavit of Service |

| | |
|---|---|
| File Date: | **06/04/2025** |
| Document Name: | **Return of Service - Served** |
| Comment: | Watchtower Bible and Tract Society of Pennsylvania Affidavit of Service |

| | |
|---|---|
| File Date: | **06/04/2025** |
| Document Name: | **Return of Service - Served** |
| Comment: | Watchtower Bible and Tract Society of New York, Inc Affidavit of Service |

| | |
|---|---|
| File Date: | **06/04/2025** |
| Document Name: | **Return of Service - Served** |
| Comment: | Watchtower Bible and Tract Society of Florida, Inc Affidavit of Service |

| | |
|---|---|
| File Date: | **06/04/2025** |

| | |
|---|---|
| Document Name: | **Return of Service - Served** |
| Comment: | Kingdom Hall of Jehovah's Witnesses Affidavit of Service |

| | |
|---|---|
| File Date: | **06/05/2025** |
| Document Name: | **Order - Motion/Request/Petition Granted** |
| Comment: | of Court that Plaintiff's Motion to Permit Plaintiff to Proceed Anonymously as Jane Doe CH, and that Defendants be and are hereby BARRED from disclosing such identifying information of Plaintiff Jane Doe CH to their witnesses or others unless such person(s) signs and files a confidentiality order with the Court. |

| | |
|---|---|
| File Date: | **06/05/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | Order - Plaintiff's Motion to Permit Plaintiff to Proceed as Jane Doe |

| | |
|---|---|
| File Date: | **06/05/2025** |
| Document Name: | **Order - Motion/Request/Petition Granted** |
| Comment: | Order granting Motion for Protective Order |

| | |
|---|---|
| File Date: | **06/05/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | order |

| | |
|---|---|
| File Date: | **06/06/2025** |
| Document Name: | **Affidavit - Non-Service** |
| Comment: | Kingdom Halls, Inc Affidavit of Non Service 5/23/25 |

| | |
|---|---|
| File Date: | **06/11/2025** |
| Document Name: | **Return of Service - Served** |
| Comment: | Jehovah's Witnesses Governing Body Affidavit of Service |

## Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **05/15/2025** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114