# Exhibit F

| | | |
|---|---|---|
| JANE DOE CH | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | OF MARYLAND |
| JEHOVAH'S WITNESSES GOVERNING BODY, et al. | * | FOR BALTIMORE COUNTY |
| | * | |
| Defendants. | | Case No.: C-03-CV-25-002300 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 2nd day of July 2025, Defendants Jehovah's Witnesses Governing Body, Watchtower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses, Inc., through undersigned counsel, filed in the United States District Court for the District of Maryland a Notice of Removal of this action to the United States District Court. A copy of this Notice of Removal is attached. Please take further notice that, pursuant to 28 U.S.C § 1446(d), this notice is hereby provided to the Circuit Court for Baltimore County, Maryland, to effect removal, and the Circuit Court for Baltimore County shall proceed no further unless and until the case is remanded.

Respectfully submitted,

*/s/ Sean Gugerty*
Craig Brodsky, AIS No. 9512120087
csb@gdldlaw.com
Sean Gugerty, AIS No. 1512150280
sgugerty@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
Phone: (410) 783-4000; Fax: (410) 783-4040
***Attorneys for Defendants Jehovah's Witnesses Governing Body, Watchtower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July 2025, a copy of the foregoing Notice of Filing Notice of Removal was sent via MDEC to:

Michael J. Belsky, Esq.
Catherine A. Dickinson, Esq.
Kellyn T. Wilcox, Esq.
Schlachman, Belsky, Weiner & Davey, P.A.
300 East Lombard Street, Suite 1100
Baltimore, Maryland 21202

*/s/ Sean Gugerty*
Sean Gugerty

2