# Exhibit G1

| | | |
|---|---|---|
| JANE DOE CH<br>c/o SBWD LAW<br>300 East Lombard Street, Suite 1100<br>Baltimore, Maryland 21202 | * | IN THE |
| | * | CIRCUIT COURT |
| *Plaintiff*, | * | FOR |
| vs. | * | BALTIMORE COUNTY, |
| JEHOVAH'S WITNESSES<br>GOVERNING BODY<br>1 Kings Drive<br>Warwick, New York 10987 | * | MARYLAND |
| | * | CASE NO. C-03-CV-25-002300 |
| and | * | |
| KINGDOM HALL OF JEHOVAH'S WITNESSES<br>505 Earls Road<br>Baltimore, Maryland 21220 | * | |
| and | * | |
| KINGDOM HALLS, INC.<br>4002 Ridgewood Avenue<br>Baltimore, Maryland 21215 | * | |
| Serve on: Bennie L. Bivens<br>2302 Koko Lane<br>Baltimore, MD 21216 | * | |
| and | * | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA<br>625 Red Mills Road<br>Wallkill, New York 12589 | * | |
| and | * | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.<br>100 Watchtower Drive<br>Patterson, New York 12563 | * | |

|  |  |  |
|---|---|---|
| Serve on: | Watchtower Bible and Tract Society of New York, Inc. ATTN: Legal 100 Watchtower Drive Patterson, New York 12563 | * * * * |
| and |  | * |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF FLORIDA, INC. 100 Watchtower Drive Patterson, New York 12563 |  | * * |
| Serve on: | Watchtower Bible and Tract Society of Florida, Inc. ATTN: Legal 100 Watchtower Drive Patterson, New York 12563 | * * * |
| and |  | * |
| CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, INC. 675 Red Mills Road Wallkill, New York 12589 |  | * * * |
| Serve on: | Christian Congregation of Jehovah's Witnesses ATTN: Legal 675 Red Mills Road Wallkill, New York | * * * |
| *Defendants.* |  |  |
| * * * * * * | * * * * * * * |  |

### ORDER

HAVING CONSIDERED Plaintiff Jane Doe CH's Motion to Permit Plaintiff to Proceed Anonymously as Jane Doe CH, it is this the __3rd of June, 2025__

ORDERED that Plaintiff's Motion to Permit Plaintiff to Proceed Anonymously as Jane Doe CH be and is hereby GRANTED; and it is further

ORDERED that Plaintiff Jane Doe CH be and is hereby PERMITTED to proceed as "Jane Doe CH" in the course of the above-captioned case; and it is further

ORDERED that Defendants be and are hereby BARRED from disclosing such identifying information of Plaintiff Jane Doe CH to their witnesses or others unless such person(s) signs and files a confidentiality order with the Court.

_____
Judge, Circuit Court for Baltimore County

*Copies to:*

All counsel of record.

Entered: Clerk, Circuit Court for
Baltimore County, MD
June 5, 2025