Exhibit G2

| | | |
|---|---|---|
| JANE DOE CH | * | IN THE |
| c/o SBWD LAW | | |
| 300 East Lombard Street, Suite 1100 | * | CIRCUIT COURT |
| Baltimore, Maryland 21202 | | |
| | * | FOR |
|      *Plaintiff,* | | |
| | * | BALTIMORE COUNTY, |
| vs. | | |
| | * | MARYLAND |
| JEHOVAH'S WITNESSES | | |
| GOVERNING BODY | * | |
| 1 Kings Drive | | CASE NO. C-03-CV-25-002300 |
| Warwick, New York 10987 | * | CASE NO. _____ |
| | | |
| and | * | |
| | | |
| KINGDOM HALL OF JEHOVAH'S | * | |
| WITNESSES | | |
| 505 Earls Road | * | |
| Baltimore, Maryland 21220 | | |
| | * | |
| and | | |
| | * | |
| KINGDOM HALLS, INC. | | |
| 4002 Ridgewood Avenue | * | |
| Baltimore, Maryland 21215 | | |
| | * | |
| Serve on:   Bennie L. Bivens | | |
|         2302 Koko Lane | * | |
|         Baltimore, MD 21216 | | |
| | * | |
| and | | |
| | * | |
| WATCHTOWER BIBLE AND TRACT | | |
| SOCIETY OF PENNSYLVANIA | * | |
| 625 Red Mills Road | | |
| Wallkill, New York 12589 | * | |
| | | |
| and | * | |
| | | |
| WATCHTOWER BIBLE AND TRACT | * | |
| SOCIETY OF NEW YORK, INC. | | |
| 100 Watchtower Drive | * | |
| Patterson, New York 12563 | | |
| | * | |

Serve on:      Watchtower Bible and Tract
               Society of New York, Inc.        *
               ATTN: Legal
               100 Watchtower Drive             *
               Patterson, New York 12563
                                                *
and
                                                *

WATCHTOWER BIBLE AND TRACT
SOCIETY OF FLORIDA, INC.                        *
100 Watchtower Drive
Patterson, New York 12563                       *

Serve on:      Watchtower Bible and Tract       *
               Society of Florida, Inc.
               ATTN: Legal                      *
               100 Watchtower Drive
               Patterson, New York 12563        *

and                                             *

CHRISTIAN CONGREGATION OF                       *
JEHOVAH'S WITNESSES, INC.
675 Red Mills Road                              *
Wallkill, New York 12589
                                                *
Serve on:      Christian Congregation of
               Jehovah's Witnesses              *
               ATTN: Legal
               675 Red Mills Road               *
               Wallkill, New York
                                                *
        *Defendants.*
*       *       *       *       *       *       *       *       *       *       *       *       *

ORDER

      HAVING CONSIDERED Plaintiff Jane Doe CH's Motion for a Protective Order, it is this

3rd of June, 2025

      ORDERED that Plaintiff Jane Doe CH's Motion for Protective Order be and is hereby

GRANTED; and it is further

ORDERED that all parties to the above-captioned case, as well as any additional parties going forward, file any documents or information containing identifying information of the Plaintiff Jane Doe CH in sealed envelopes, to be opened as directed by the Court, or as confidential under MDEC; and is further

ORDERED that any part of the record that reveals identifying information of the Plaintiff Jane Doe CH, including, but not limited to, name, address, telephone number, date of birth, and/or employer, be and it is hereby SEALED; and it is further

ORDERED, that Defendants be and hereby are BARRED from disclosing such identifying information of the Plaintiff Jane Doe CH to their witnesses or others unless such person(s) signs and files a confidentiality order with the Court.

_____
Judge, Circuit Court for Baltimore County

*Copies to:*

All counsel of record.

Entered: Clerk, Circuit Court for
Baltimore County, MD
June 5, 2025

3