# Exhibit G3

Case 1:25-cv-02137-BAH   Document 1-10   Filed 07/02/25   Page 2 of 3

E-SERVED Baltimore County Circuit Court 5/15/2025 8:53 AM System SystemEnvelope:21210713
E-FILED; Baltimore County Circuit Court
Docket: 5/15/2025 8:53 AM; Submission: 5/15/2025 8:53 AM
Envelope: 21210713



**CIRCUIT COURT FOR BALTIMORE COUNTY,
MARYLAND**

Main 410-887-2601

401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754

To: KINGDOM HALL OF JEHOVAH'S WITNESSES
505 EARLS ROAD
BALTIMORE, MD 21220

Case Number: C-03-CV-25-002300
Other Reference Number(s):
Child Support Enforcement Number:

JANE DOE CH VS. JEHOVAH'S WITNESSES GOVERNING BODY, ET AL.

Issue Date: 5/15/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

JANE DOE CH
c/o SBWD Law
300 East Lombard Street, Suite 1100
Baltimore, MD  21202

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.
    It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

| | |
|---|---|
| Jane Doe CH vs. Jehovah's Witnesses Governing Body, et al. | Circuit Court for Baltimore County<br>Case Number: C-03-CV-25-002300 |

## SHERIFF'S RETURN
(please print)

To: KINGDOM HALL OF JEHOVAH'S WITNESSES

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
             Name of person served

on _____ at _____
   Date of service      Location of service

_____ by _____ with the following:
              Manner of service

☐ Summons                      ☐ Counter-Complaint
☐ Complaint                    ☐ Domestic Case Information Report
☐ Motions                      ☐ Financial Statement
☐ Petition and Show Cause Order ☐ Interrogatories
☐ Other _____
         Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address    ☐ No such address
☐ Address not in jurisdiction         ☐ Other _____
                                                Please specify

Sheriff fee: $ _____     ☐ waived by _____

_____    _____
   Date       Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).