# Exhibit G4



**CIRCUIT COURT FOR BALTIMORE COUNTY**
**MARYLAND**
Main: 410-887-2601

401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754

**To:** WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
SERVE ON: WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
ATTN: LEGAL
100 WATCHTOWER DRIVE
PATTERSON, NY 12563

**Case Number:** C-03-CV-25-002300
**Other Reference Number(s):**
**Child Support Enforcement Number:**

JANE DOE CH VS. JEHOVAH'S WITNESSES GOVERNING BODY, ET AL.

Issue Date: 5/15/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

JANE DOE CH
c/o SBWD Law
300 East Lombard Street, Suite 1100
Baltimore, MD 21202

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
  Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
  Personal attendance in court on the day named is NOT required.
  It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

Case 1:25-cv-02137-BAH     Document 1-11     Filed 07/02/25     Page 3 of 4

Jane Doe CH vs. Jehovah's Witnesses Governing Body, et al.　　　Circuit Court for Baltimore County
Case Number: C-03-CV-25-002300

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Jane Doe CH vs. Jehovah's Witnesses Governing Body, et al.

Circuit Court for Baltimore County
Case Number: C-03-CV-25-002300

# SHERIFF'S RETURN
(please print)

To: WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service          Location of service

_____ by _____ with the following:
                        Manner of service

☐ Summons                    ☐ Counter-Complaint
☐ Complaint                  ☐ Domestic Case Information Report
☐ Motions                    ☐ Financial Statement
☐ Petition and Show Cause Order   ☐ Interrogatories
☐ Other _____
Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address   ☐ No such address
☐ Address not in jurisdiction        ☐ Other _____
                                     Please specify

Sheriff fee: $ _____   ☐ waived by _____

_____   _____
Date                 Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).