IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JANE DOE CH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:25-cv-02137 |
| JEHOVAH'S WITNESSES | * | |
| GOVERNING BODY, et al. | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## DEFENDANTS' RESPONSE TO LOCAL RULE 103.5 AND AMENDED STANDING ORDER 2021-13

Pursuant to Local Rule 103.5(a) and Amended Standing Order 2021-13 entered in the above-captioned action on July 7, 2025 (ECF No. 4), Defendants Jehovah's Witnesses Governing Body, Watchtower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses, Inc. ("Removing Defendants"), by and through their undersigned counsel, certify as follows:

1.     Plaintiff commenced this action against Removing Defendants, as well as "Kingdom Hall of Jehovah's Witnesses" and "Kingdom Halls, Inc.," on May 14, 2025, in the Circuit Court for Baltimore County, Maryland as Case No. C-03-CV-25-002300.

2.     Watchtower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses, Inc. were served with a copy of the summons and complaint

on June 4, 2025. Jehovah's Witnesses Governing Body was served with a copy of the summons and complaint on June 11, 2025.

3.      Kingdom Hall of Jehovah's Witnesses was purportedly served with a copy of the summons and complaint on June 4, 2025. An affidavit of non-service was returned for Kingdom Halls, Inc. on June 6, 2025.

4.      Removing Defendants removed the action to this Court on July 2, 2025, based on diversity jurisdiction. By operation of 28 U.S.C. § 1446(b)(1) and Federal Rule of Civil Procedure 6(a)(1)(C), the Notice of Removal was timely filed less than thirty (30) days after Removing Defendants were first served.

5.      All filings in the state court action have been filed in this Court. *See* Exs. A, E-G to Notice of Removal (ECF No. 1).

6.      As explained in Removing Defendants' Notice of Removal, "Kingdom Hall of Jehovah's Witnesses" does not exist and "Kingdom Halls, Inc." dissolved many years ago. Therefore, these purported entities are not required to consent to removal, and they did not do so.

7.      None of the Removing Defendants are citizens of Maryland. As explained in Removing Defendants' Notice of Removal, "Kingdom Hall of Jehovah's Witnesses" and "Kingdom Halls, Inc." are purportedly (according to the complaint) citizens of Maryland, but in fact they do not exist and therefore they do not destroy diversity.

Respectfully submitted,

_____/s/ Craig Brodsky_____
Craig Brodsky, Bar No. 23939
csb@gdldlaw.com
Sean Gugerty, Bar No. 21125
sgugerty@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
Phone:  (410) 783-4000
Fax:  (410) 783-4040
***Attorneys for Defendants Jehovah's Witnesses Governing Body, Watchtower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July 2025, a copy of the foregoing Defendants' Response to Local Rule 103.5 and Amended Standing Order 2021-13 was filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing was sent to all CM/ECF participants and counsel of record.

_____/s/ Craig Brodsky_____
Craig Brodsky (Federal Bar #23939)