IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JANE DOE CH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:25-cv-02137 |
| JEHOVAH'S WITNESSES GOVERNING BODY, et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO STAY PROCEEDINGS FOR NINETY (90) DAYS**

All parties who have appeared in this action, by and through undersigned counsel, hereby move this Court to stay this case for ninety (90) days, and in support thereof, state as follows:

1.      This Complaint, filed by Jane Doe CH, is based on Maryland's Child Victim's Act of 2023.

2.      Plaintiff has named a series of defendants who are all allegedly affiliated with the religious entity known as Jehovah's Witnesses.

3.      The parties have agreed to a ninety (90) day stay of this action to work together to resolve as many open issues about the case as possible prior to motions practice which all parties believe is likely to be extensive.

4.      Accordingly, the parties respectfully request that this Court allow them ninety (90) days to try to resolve as many issues as possible before any further pleadings and/or motions are filed with the Court.

5.    The parties agree that any responsive pleadings that may be due should be filed within 15 days of the expiration of the stay.

6.    The parties agree to provide a status report to the Court upon the expiration of the stay if the case

7.    A proposed order is attached hereto.

WHEREFORE the parties request that this Court enter a stay in the above matter for ninety (90) days.


Respectfully submitted,                          Respectfully submitted,

_____*/s/ Michael J. Belsky*_____        _____*/s/ Craig Brodsky*_____
Michael J. Belsky, Bar No. 24940               Craig S. Brodsky, Bar No. 23939
mbelsky@sbwdlaw.com                           csb@gdldlaw.com
Catherine A. Dickinson, Bar No. 19119          Sean Gugerty, Bar No. 21125
cdickinson@sbwdlaw.com                         sgugerty@gdldlaw.com
Schlachman, Belsky, Weiner & Davey, P.A.       Goodell, DeVries, Leech & Dann, LLP
300 East Lombard Street, Suite 1100            One South Street, 20th Floor
Baltimore, Maryland  21202                     Baltimore, Maryland  21202
                                               Phone:  (410) 783-4000
**Attorneys for Plaintiff**                    Fax:  (410) 783-4040

                                               **Attorneys for Defendants Watchtower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 30th day of July 2025, a copy of the foregoing Consent Motion to Stay Proceedings for Ninety (90) Days was filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing was sent to all CM/ECF participants and counsel of record.

*/s/ Craig Brodsky*
_____
Craig Brodsky (Federal Bar #23939)
