IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JANE DOE CH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:25-cv-02137 |
| JEHOVAH'S WITNESSES GOVERNING BODY, et al. | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion to Stay Proceedings for Ninety (90) Days, and for good cause shown, the Court hereby ORDERS

1. That the Consent Motion to Stay be and hereby is GRANTED;

2. That this matter is stayed for a period of ninety (90) days;

3. That the Parties shall file a joint status report advising the court of open issues that remain upon expiration of the stay.

4. That any responsive pleadings that may be due shall be filed within 15 days of the expiration of the stay.

/s/ Brendan A. Hurson, U.S. District Judge
Judge

July 30, 2025