IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JANE DOE CH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:25-cv-02137 |
| JEHOVAH'S WITNESSES GOVERNING BODY, et al. | * | |
| | * | |
| Defendants. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STATUS REPORT

All parties herein, by and through their undersigned counsel, and pursuant to this Court's Order dated July 30, 2025, hereby submit the following report. *See* Doc. 12.

1. On July 30, 2025, this Court granted the Parties' Consent Motion to Stay Proceedings for Ninety (90) Days ("Consent Motion").

2. As one basis for their consent motion, the Parties sought to resolve as many open issues about the case as possible prior to motions practice. *See* Doc. 11.

3. The Parties request that this Court continue the stay of proceedings until November 30, 2025.

4. The Parties expect to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(ii) on or before November 30, 2025.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| _/s/ Michael J. Belsky_ | _/s/ Craig Brodsky_ |
| Michael J. Belsky, Bar No. 24940 | Craig S. Brodsky, Bar No. 23939 |
| mbelsky@sbwdlaw.com | csb@gdldlaw.com |
| Catherine A. Dickinson, Bar No. 19119 | Sean Gugerty, Bar No. 21125 |
| cdickinson@sbwdlaw.com | sgugerty@gdldlaw.com |
| Schlachman, Belsky, Weiner & Davey, P.A. | Goodell, DeVries, Leech & Dann, LLP |
| 300 East Lombard Street, Suite 1100 | One South Street, 20th Floor |
| Baltimore, Maryland  21202 | Baltimore, Maryland  21202 |
| | Phone:  (410) 783-4000 |
| **_Attorneys for Plaintiff_** | Fax:  (410) 783-4040 |
| | |
| | **_Attorneys for Defendants Watchtower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses, Inc._** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of October 2025, a copy of the foregoing Joint Status Report filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing was sent to all CM/ECF participants and counsel of record.

                                                            _/s/ Craig Brodsky_
                                              Craig Brodsky (Federal Bar #23939)