IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JANE DOE CH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:25-cv-02137 |
| JEHOVAH'S WITNESSES GOVERNING BODY, et al. | * | |
| | * | |
| Defendants. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS

All parties herein, by and through their undersigned counsel, respectfully stipulate and agree to the dismissal with prejudice of all claims in the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(ii).

| Respectfully submitted, | Respectfully submitted, |
|---|---|
|     */s/ Michael J. Belsky* |     */s/ Craig Brodsky* |
| Michael J. Belsky, Bar No. 24940 | Craig S. Brodsky, Bar No. 23939 |
| mbelsky@sbwdlaw.com | csb@gdldlaw.com |
| Catherine A. Dickinson, Bar No. 19119 | Sean Gugerty, Bar No. 21125 |
| cdickinson@sbwdlaw.com | sgugerty@gdldlaw.com |
| Schlachman, Belsky, Weiner & Davey, P.A. | Goodell, DeVries, Leech & Dann, LLP |
| 300 East Lombard Street, Suite 1100 | One South Street, 20th Floor |
| Baltimore, Maryland  21202 | Baltimore, Maryland  21202 |
| | Phone:  (410) 783-4000 |
| **Attorneys for Plaintiff** | Fax:  (410) 783-4040 |
| | |
| | ***Attorneys for Defendants Watchtower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses, Inc.*** |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November 2025, a copy of the foregoing Stipulation of Dismissal as to All Claims was filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing was sent to all CM/ECF participants and counsel of record.

                                                      */s/ Craig Brodsky*
                                            Craig Brodsky (Federal Bar #23939)